UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

PRESENT:  HONORABLE RICHARD T. HAIK.SR., Judge, Presiding          Date: January 12, 2016
          LaRae Bourque                , Court Reporter
          Paula S. Jordan              , Minute Clerk
          Myhanh Le   (TIP)            , Interpreter

COURT OPENED:  9:25 A.M.        COURT ADJOURNED: 10:10 A.M.    TOTAL TIME IN COURT: /35
_____
                              **MINUTES OF COURT**
_____

CASE NO.   6:15cr00202-01                            __ Defendant in custody
Judge Haik /Mag.Judge Hanna                          X  Defendant on Bond, Bond cont'd
                                                     __ Bond set:
DEFENDANT: Khang Le
                                                     __ Bond cancelled
GOVT. COUNSEL: David Joseph                          __ Failed to appear, warrant ordered

DEFENSE COUNSEL: Donald Mayeux, Retained
_____

 X    Case called for rearraignment
      __  Information filed
      __  Waiver of indictment filed
      __  Indictment reading waived
      __  Plea of not guilty
              __  days allowed for filing of defense motions
              __  days thereafter allowed for filing Government responses and motions
              __  trial set for:
      __  Plea of nolo contendere
      __  Plea of guilty to counts:  of the Indictment
              X   Defendant under oath
              X   Interpreter under oath
              __  Defendant advised of Rule 11 rights
              __  Agent testified
              __  Filed Affidavit of Understanding of Maximum Penalty and Rights
              __  Filed Plea Agreement
              __  Other filings: Elements of Offense, Stipulated Facts

              __  Plea of guilty accepted and judgment rendered
              __  Presentence report ordered; 70 day local rule is hereby waived
              __  Sentencing to be set following receipt of the presentence report

Case called for other:
_____
 __   Case called for sentencing

          __  Dismissed counts:
          __  Defendant advised of right to appeal
_____
COMMENTS:   The guilty plea in this matter was not accepted by the Court.